# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

FILED 01 MAY '18 12:07 USDC-ORP

| | |
|---|---|
| United States of America<br>v.<br>DIEGO SANCHEZ LOPEZ<br><br>*Defendant(s)* | Case No. **'18-MJ-95'** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 30, 2018** in the county of **Washington** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a)<br>Bank Robbery | On or about, April 30, 2018, in the District of Oregon, the defendant DIEGO SANCHEZ LOPEZ, by force, violence and intimidation, did knowingly and unlawfully take from the person and presence of another, approximately $33,357 in United States currency, belonging to and in the care, custody, control, possession, and management of the Wells Fargo Bank, located at 7200 NE Butler Street, in the City of Hillsboro, Washington County, Oregon, whose deposits were then insured by the FDIC, in violation of Title 18, United States Code, § Section 2113(a). |

This criminal complaint is based on these facts:

See Affidavit of Special Agent June Piniewski

☑ Continued on the attached sheet.

_____
*Complainant's signature*

June Piniewski, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/01/2018

_____
*Judge's signature*

City and state: Portland, Oregon

Honorable Judge Stacie F. Beckerman
*Printed name and title*

| STATE OF OREGON | ) | | |
|---|---|---|---|
| | ) | ss. | AFFIDAVIT OF |
| | ) | | JUNE PINIEWSKI |
| County of Multnomah | ) | | |

I, June Piniewski, being duly sworn do hereby depose and affirm:

1.  I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation (FBI) and have been so employed since February 2015. As a Special Agent of the FBI, I am authorized to investigate violations of the criminal laws set forth in Title 18 of the United States Code. I am currently assigned to the Portland Division of the FBI where I investigate violations of federal law, specifically bank robberies, crimes against children, and other violent crimes. I have been involved in the investigation of matters involving bank robberies, particularly as it relates to violations of Title 18, United States Code (U.S.C.), Section 2113(a). I have had extensive training in law enforcement investigation techniques, including but not limited to 800 hours of training at the FBI Academy at Quantico, Virginia. Prior to joining the FBI, I was a Deputy Sheriff in Hillsborough County, Florida, for approximately five years.

2.  This affidavit is submitted in support of an application for a warrant authorizing the arrest of DIEGO SANCHEZ LOPEZ for the crime of bank robbery.

3.  The information stated herein is based on my own personal involvement in this investigation, as well as discussions I have had with other law enforcement officers involved in this investigation and information contained in written reports pertaining to this investigation. This affidavit does not contain all facts known to me regarding this investigation but, instead, contains only those facts which I believe are sufficient to establish the requisite probable cause.

4. On April 30, 2018, at approximately 10:24 a.m., a robbery occurred at Wells Fargo Bank, 7200 NE Butler Street, Hillsboro, Washington County, Oregon. The bank, whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC), suffered a loss of approximately $33,357.00 in United States currency.

5. According to a report written by Hillsboro Police Officer Tracy Hinkleman, a Hispanic male (hereafter "the robber") ran into the bank, wearing a black hat, a dark jacket, and carrying a dark colored bag. The robber jumped over the teller counter and yelled, "all the money, all the money!" The robber displayed a knife, pointing it at the victim tellers and was pacing back and forth between all three victim tellers. The victim tellers placed the money in the robber's bag, totaling approximately $33,357.00. The robber then jumped back over the counter and left the bank on foot.

6. According to a report written by Hillsboro Police Officer Vin Ambrose, after the robber left the bank on foot, he was chased by a citizen. The robber and the citizen ran through the parking lot and crossed over NE Cornell Road into the Cortland Village Apartments, located at 6910 NE Ronler Way, Hillsboro, Oregon.

7. Officer Ambrose noticed two men running through the Cortland Village Apartments, and identified one of the men as wearing similar clothing to the robber. Officer Ambrose began running towards the men and noted the robber was also carrying a black bag. He gave commands for the robber to drop the bag. Hillsboro Police Officers apprehended the robber, who was later identified as DIEGO SANCHEZ LOPEZ, near apartment #2018.

//

//

8. During the search incident to arrest, approximately $33,357.00 and two knives were found in SANCHEZ LOPEZ's bag. Hillsboro Officers transported SANCHEZ LOPEZ to Hillsboro Police Department. During transport, SANCHEZ LOPEZ was not subjected to a custodial interview, or otherwise questioned about the robbery.

9. I observed Hillsboro Detective Pat Lamonica and Washington County Detective Ben Ruhl conduct an interview with SANCHEZ LOPEZ. SANCHEZ LOPEZ was advised of his *Miranda* Rights, acknowledged he understood, and provided the following information:

> SANCHEZ LOPEZ stated that he went into the Wells Fargo Bank with a knife to rob the bank. He needed the money to pay for an attorney. He used the knife to scare people into giving him money. SANCHEZ LOPEZ stated he covered his hands in super glue to hide his fingerprints, which he learned by using the internet search engine "Google" on a phone he found.

10. I reviewed the bank surveillance images from the April 30, 2018, robbery of the Wells Fargo Bank located at 7200 NE butler Street, Hillsboro, Oregon. These images are attached and incorporated herein as "Attachment A." I believe the robber depicted in the bank surveillance images and SANCHEZ LOPEZ to be the same person.

11. Based on the foregoing, I have probable cause to believe SANCHEZ LOPEZ knowingly and unlawfully did take from the presence of employees of the Wells Fargo Bank located at 7200 NE Butler Street, in the City of Hillsboro, Washington County, Oregon, approximately thirty-three thousand three hundred and fifty-seven dollars ($33,357) in United States currency, which was then in the care, custody, control, possession, and management of that bank, whose deposits were then insured by the FDIC, in violation of Title 18, United States Code, Section 2113(a).

12. This affidavit, the accompanying application, and the requested arrest warrant were reviewed by Assistant United States Attorney Natalie Wight who advised me that, in her opinion, probable cause exists to apply for an arrest warrant of DIEGO SANCHEZ LOPEZ.

*signature*
JUNE PINIEWSKI
Special Agent
Federal Bureau of Investigation
Portland, Oregon

SUBSCRIBED AND SWORN to before me this 1st day of May 2018.

*signature*
HONORABLE Stacie F. Beckerman
United States Magistrate Judge
District of Oregon

ATTACHMENT A



Surveillance image from April 30, 2018, Wells Fargo Bank, 7200 NE Butler Street, Hillsboro, Oregon.

ATTACHMENT A



Surveillance image from April 30, 2018, Wells Fargo Bank, 7200 NE Butler Street, Hillsboro, Oregon.