FILED 19 SEP '18 12:14 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR-00433-MO |
| v. | **INDICTMENT** |
| DIEGO SANCHEZ-LOPEZ, | 18 U.S.C. §§ 2113(a), (d) |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Bank Robbery)**
**(18 U.S.C. §§ 2113(a), (d))**

On or about November 27, 2017, within the District of Oregon, defendant **DIEGO SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person and presence of another approximately $9,710 in United States currency, which was then in the care, custody, control, management, and possession of Albina Community Bank located at 2002 NE Martin Luther King Jr. Boulevard, Portland, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

The grand jury further alleges that in committing the offense, the defendant assaulted a person and put in jeopardy the life of any person by the use of a dangerous weapon, to wit: a knife;

**INDICTMENT**                                                                                          **Page 1**

In violation of Title 18 United States Code, Sections 2113(a) and (d).

## COUNT 2
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about December 27, 2017, within the District of Oregon, defendant **DIEGO SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person and presence of another approximately $26,000 in United States currency, which was then in the care, custody, control, management, and possession of Wells Fargo Bank located at 8699 SW Main Street, Wilsonville, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

The grand jury further alleges that in committing the offense, the defendant assaulted a person and put in jeopardy the life of any person by the use of a dangerous weapon, to wit: a knife;

## COUNT 3
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about January 11, 2018, within the District of Oregon, defendant **DIEGO SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person and presence of another approximately $11,580.99 in United States currency, which was then in the care, custody, control, management, and possession of Wells Fargo Bank located at 6785 Beaverton Hillsdale Highway, Beaverton, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

The grand jury further alleges that in committing the offense, the defendant assaulted a person and put in jeopardy the life of any person by the use of a dangerous weapon, to wit: a knife;

### COUNT 4
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about January 30, 2018, within the District of Oregon, defendant **DIEGO SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person and presence of another approximately $6,720 in United States currency, which was then in the care, custody, control, management, and possession of US Bank located at 52313 Columbia River Highway, Scappoose, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

The grand jury further alleges that in committing the offense, the defendant assaulted a person and put in jeopardy the life of any person by the use of a dangerous weapon, to wit: a knife;

### COUNT 5
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about April 30, 2018, within the District of Oregon, defendant **DIEGO SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person and presence of another approximately $33,357 in United States currency, which was then in the care, custody, control, management, and possession of Wells Fargo Bank located at 7200 NE Butler Street, Hillsboro, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

The grand jury further alleges that in committing the offense, the defendant assaulted a person and put in jeopardy the life of any person by the use of a dangerous weapon, to wit: a knife;

Dated this 18 day of September 2018.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

JOHN C. BRASSELL
Assistant United States Attorney