UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-0433-MO |
| v. | INFORMATION |
| DIEGO SANCHEZ-LOPEZ, | 18 U.S.C. §§ 2113(a), (d) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Bank Robbery)
(18 U.S.C. §§ 2113(a), (d))

On or about November 27, 2017, within the District of Oregon, defendant **DIEGO SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person and presence of another approximately $9,710 in United States currency, which was then in the care, custody, control, management, and possession of Albina Community Bank located at 2002 NE Martin Luther King Jr. Boulevard, Portland, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18 United States Code, Sections 2113(a) and (d).

///

///

## COUNT 2
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about December 27, 2017, within the District of Oregon, defendant **DIEGO**

**SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person

and presence of another approximately $26,000 in United States currency, which was then in the

care, custody, control, management, and possession of Wells Fargo Bank located at 8699 SW

Main Street, Wilsonville, Oregon, a bank whose deposits were then insured by the Federal

Deposit Insurance Corporation;

In violation of Title 18 United States Code, Sections 2113(a) and (d).

## COUNT 3
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about January 11, 2018, within the District of Oregon, defendant **DIEGO**

**SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person

and presence of another approximately $11,580.99 in United States currency, which was then in

the care, custody, control, management, and possession of Wells Fargo Bank located at 6785

Beaverton Hillsdale Highway, Beaverton, Oregon, a bank whose deposits were then insured by

the Federal Deposit Insurance Corporation;

In violation of Title 18 United States Code, Sections 2113(a) and (d).

## COUNT 4
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about January 30, 2018, within the District of Oregon, defendant **DIEGO**

**SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person

and presence of another approximately $6,720 in United States currency, which was then in the

**Information**                                                                                      **Page 2**

care, custody, control, management, and possession of US Bank located at 52313 Columbia

River Highway, Scappoose, Oregon, a bank whose deposits were then insured by the Federal

Deposit Insurance Corporation;

In violation of Title 18 United States Code, Sections 2113(a) and (d).

## COUNT 5
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about February 12, 2018, within the Western District of Washington, defendant

**DIEGO SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the

person and presence of another approximately $15,400 in United States currency, which was

then in the care, custody, control, management, and possession of Wells Fargo Bank located at

1800 Main Street, Vancouver, Washington, a bank whose deposits were then insured by the

Federal Deposit Insurance Corporation;

In violation of Title 18 United States Code, Sections 2113(a) and (d).

## COUNT 6
### (Bank Robbery)
### (18 U.S.C. §§ 2113(a), (d))

On or about April 30, 2018, within the District of Oregon, defendant **DIEGO**

**SANCHEZ-LOPEZ** did, by force, violence, and intimidation, knowingly take from the person

and presence of another approximately $33,357 in United States currency, which was then in the

care, custody, control, management, and possession of Wells Fargo Bank located at 7200 NE

Butler Street, Hillsboro, Oregon, a bank whose deposits were then insured by the Federal

Deposit Insurance Corporation;

///

///

**Information**                                                                                          **Page 3**

In violation of Title 18 United States Code, Sections 2113(a) and (d).


Dated: July 29, 2019                    Respectfully submitted,

                                        BILLY J. WILLIAMS
                                        United States Attorney

                                        JOHN C. BRASSELL, WASB #51639
                                        Assistant United States Attorney


**Information**                                                      **Page 4**